*REQUESTED 1983 PACKET IN ALL PACKETS, PAGE #2 AND #4 IS MISSING AND THEY KNOW WHAT THEY DOING...*

<u>1983 FORM</u>

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

*PAGES MISSING ON PURPOSE*

CRAIG ALFORD
_____
_____
_____

(Enter above the full name of
the plaintiff or plaintiffs in
this action)

vs.

WARDEN GARRY HAIDLE,
MAIL CLERK, ALL OF
MONROE COUNTY JAIL, et al
_____

(Enter above the full name of
the defendant or defendants
in this action)

In the United States District
Court for the Middle
District of Pennsylvania

**FILED
SCRANTON**

AUG 12 2020

PER _____ DEPUTY CLERK

* DENIAL OF ACCESS TO THE COURT...
* VIOLATION OF DUE PROCESS AND EQUAL PROTECTION...
* COMMITTING CRUEL AND UNUSUAL PUNISHMENT...

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment?
                                           Yes____  No ✓

   B.  If your answer to A. is yes, describe each lawsuit in
       the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline).

1.

PAGE #2 MISSING ON PURPOSE BY STAFF...

D.  If your answer is NO, explain why not: _____

_____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A.  Name of plaintiff _____

    Address _____

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants).

B.  Defendant _____ is

    employed as __M.C.C.F    WARDEN__ at
    __4250 MANOR DRIVE, STROUDSBURG, PA 18360__

C.  Additional Defendants: _____
    __M.C.C.F. MAIL CLERK WHO IS TAMPERING__
    __WITH MAIL BY NOT MAILING IT OUT__
    __DENYING ACCESS TO THE COURT.__

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

*SEE ARGUMENT ENCLOSED YELLOW PAPER*

*PAGE #4 MISSING ON PURPOSE*

Signed this _____6_____ day of ___August___,
XY 2020

_____/s/ Craig a. Cox_____

_____

(Signature of plaintiff or plaintiffs)

Executed at ___M.C.C.F___
(Name of institution, city, county)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
(Date)

_____/s/ Craig a. Cox_____

_____

(Signature of plaintiff or plaintiffs)

ALTHOUGH I'M SEEKING REDRESS FROM MY GRIEVANCES/COMPLAINTS AT MONROE COUNTY CORRECTIONAL FACILITY AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1) I REQUESTED A 1983 CIVIL COMPLAINT WITH IFP TO PURSUE CONSTITUTIONAL VIOLATION "DUE PROCESS AND EQUAL PROTECTION CLAUSE; CRUEL AND UNUSUAL PUNISHMENT; AND INTERFERING WITH LEGAL MAIL" ENCLOSED YOU WILL FIND THE (8) PAGES OF A 1983 FORM MISSING PAGES #2 AND #4 ON PURPOSE. THESE AUTHORITIES ARE ACTING UNDER COLOR OF STATE LAW AND VIOLATING MY RIGHTS, THREATENED ME WITH HARM (PHYSICALLY) THAT MUST NOT BE OVERLOOKED... I SUBMIT, AN INMATE CAME INTO MY CELL FOR UNJUST REASONS AND ASSAULTED ME...

[margin note: KNOW OF WRONG AND FAIL TO FIX IS "I'M THREATENED" WHAT THEY ARE DOING & BUT LISTED]

2) WHEN ONE ASK FOR A GRIEVANCE, THIS INSTITUTION HAS A PRACTICE OF NOT SUBMITTING THEM WHEN ON 7/1/20 I SOUGHT REDRESS FROM A COMPLAINT OF HAVING AN INADEQUATE LAW LIBRARY, NO MEANS TO COPY OR PRINT STATUTES OR CASE LAW, AND TOLD NO COPIES CAN BE MADE FROM BOOKS, NOR LEGAL MOTIONS TYPED AND PRINT. AND ON THE ACCOUNT OF ME PURSUING THE COURT, MY LEGAL MATERIAL I FILED IS NOT DOCKETED ON MY DOCKET SHEET SO THEY NOT EVEN MAILING MY LEGAL MAIL OUT INTERFERING WITH THE COURT AND LEGAL DOCUMENTS...

PAGE 6 OF M.C.C.F. INMATE HANDBOOK PROVIDES IN PART: "ALL GRIEVANCES "SHALL" BE HANDLED IN THE MOST EXPEDIENT MANNER POSSIBLE, BUT 'SHALL' BE RESPONDED TO WITHIN

(7) (SEVEN) BUSINESS DAYS AT EACH LEVEL OF APPEAL." (SEE GRIEVANCE # 2020-0073) IT'S WELL BEYOND 14 BUSINESS DAYS THIS GRIEVANCE HAS NOT BEEN RESPONDED TO AT THE FIRST LEVEL, AS IF THEY DON'T HAVE A GRIEVANCE PROCESS AND I EXHAUSTED MY REMEDIES... NOW THEIR THREATENING AND ARGUMENTATIVE AND TALKING ABOUT ASSAULTING ME FOR EXERCISING A RIGHT AND THEY ARE DENYING ME ACCESS TO THE COURT...

3) I FILED A TIMELY DISCIPLINARY APPEAL TO THE BOARD - WARDEN FOR FINAL REVIEW FROM A MISCONDUCT OF AN INMATE COMING INTO MY CELL AND ASSAULTING ME

PAGE 15 OF M.C.C.F. INMATE HANDBOOK PROVIDES IN PART..." THE WARDEN "SHALL" RENDER A DECISION WITHIN 5 WORKING DAYS

HOWEVER HERE IT IS 8 WORKING DAYS AND MY APPEAL HAS NOT BEEN REPLIED TO, I SOUGHT HELP FROM OFFICER SNOW ON 8-6-20 BUT WAS TOLD HE NOT GETTING INVOLVED, I ASKED FOR ANOTHER GRIEVANCE BUT WAS TOLD, IF MY FIRST GRIEVANCE WAS NOT RESPONDED TO "ISN'T IT OBVIOUS THEY NOT GOING TO REPLY AT ALL"!!

4.) THE INMATE HANDBOOK PAGE 4 (INMATE RIGHTS AND PRIVILEGES STATES IN PART..." YOU HAVE THE RIGHT TO PROTECTION FROM PERSONAL ABUSE (CORPORAL PUNISHMENT, PERSONAL INJURY, DISEASE, PROPERTY DAMAGE AND HARASSMENT)

WHICH IS BEING IGNORED, ASKING FOR A TRANSFER OR IS SHOWN UPON LET ALONE ASK FOR A GRIEVANCE, IT'S MESSING WITH MY MENTAL AND I FEAR FOR MY LIFE SEEING THIS ASSAULTS / TORTURE THAT'S TAKING PLACE FROM RESTRAINED INMATE HANDCUFFED - SHACKLED... THE INMATE HANDBOOK HAS MANDATORY LANGUAGE AS "SHALL", WHICH AUTHORIZES THEM TO DO A DUTY AND THEY DON'T DO THEIR JOB AT ALL... I EXHAUSTED, MY CLAIM IS RIPE, I'VE ALREADY BEEN ASSAULTED/THREATENED ALL FOR EXERCISING A RIGHT
PLEASE HELP...



CRAIG ACFORD #941066
M.C.C.F.
4250 MANOR DRIVE
STROUDSBURG, PA 18360

LEHIGH VALLEY PA 180
07 AUG 2020 PM 3 L

CLERK of COURTS / ROCHSATCHEL
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of PA
235 NORTH WASHINGTON AVE
PO BOX 1148
SCRANTON, PA 18501-1148

RECEIVED
SCRANTON
AUG 12 2020
PER _____
DEPUTY CLERK