IN THE UNITED STATES DISTRICT COURT - MIDDLE DISTRICT

SUPPLEMENTAL COMPLAINT

IN RE: ALFORD v. HAIDLE, #1:20-cv-1427

TO THE HONORABLE, JUDGES OF SAID COURT:

AND NOW, COMES PETITIONER FILES THIS SUPPLEMENTAL COMPLAINT, AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1.) THIS INSTITUTION (M.C.C.F.) STAFF IS NOT PRACTICING SOCIAL DISTANCING NOR IS EVERY STAFF MEMBER REQUIRED TO WEAR A MASK WHICH PUTS EVERY INMATE AT RISK OF CATCHING COVID-19... OFFICER GARCIA AND OFFICER LEONARD HAD COVID-19, CAME INTO THIS FACILITY WITH THE VIRUS AND WARDEN HAIDLE IS NOT INSTRUCTING ALL HIS STAFF TO WEAR MASKS TO PROTECT INMATES, NOR ARE INMATES PRACTICING SOCIAL DISTANCING (2 TO A CELL) AND NEW COMMITS (QUARANTINE) MIXED WITH GENERAL POPULATION AND WE ARE ALL AT RISK...

RELIEF SOUGHT

FOR THIS INSTITUTION TO DO A FULL DISINFECTION CLEANING OF EVERY UNIT, TO HAVE WARDEN HAIDLE TO INSTRUCT EVERY STAFF MEMBER FOR 1ST, 2ND, AND 3RD SHIFT THAT THEY MUST WEAR MASKS AT ALL TIMES WHILE IN THE INSTITUTION OR BE BARED FROM ENTRANCE OF THE CANNOT COME IN WEARING, UNTIL THE CEASE MASKS TO PROTECT US INMATES...

2.) THIS INSTITUTION HAS A POLICY OR PROCEDURES/RULE INTACT GOVERNING GRIEVANCES THAT'S RAN BY WHITE SHIRT ARNOLD THEN WARDEN HAIDLE

is the last to respond which he does not respond at all. Page #6 of the M.C.C.F. handbook grievance procedure is not being followed by Hidle or Sgt. Armond which shall be expedient and replied to in (7) seven business days at each step... In fact, we are being retaliated upon, or no grievance is submitted at all and to have a procedure in place and to be ignored for sure this court should intervene..

Grievance slips on the block with the block officer where the request slips are / or it will be continued as if they ain't without a grievance procedure which indicates inmates have no means to redress

## RELIEF SOUGHT

TO PLACE GRIEVANCES ON THE BLOCK THE WAY REQUEST SLIPS ARE INSTEAD OF GOING THROUGH A LONG CHAIN OF COMMAND ONLY TO NOT RECEIVE A GRIEVANCE AT ALL, AND FOR THESE AUTHORITIES TO RESPOND IN 7 (SEVEN) BUSINESS DAYS AT EACH LEVEL AS THEIR PROCEDURES INSTRUCT WITH MANDATORY LANGUAGE, AND TO HAVE HAHOLE AND SGT. ARMOND TO STOP THIS ILLEGAL PRACTICE OF NOT PROVIDING GRIEVANCES WHEN REQUESTED AND TO STOP RETALIATING ON INMATES FOR REQUESTING GRIEVANCE AS THIS ACTION IS UNCONSTITUTIONAL, OR IF THEY DO NOT REDRESS OR GRIEVANCES IN A TIMELY MATTER FOR THESE AUTHORITIES TO BE REMOVED FROM THEIR POST FOR VIOLATING CONSTITUTIONAL RIGHTS... WE INMATES RESPECTFULLY ASK THIS COURT FOR AN ORDER TO INSTRUCT WARDEN HAHOLE AND SGT. ARMOND WHO ARE ACTING UNDER COLOR OF STATE LAW, KNEW OR SHOULD OF KNOWN WHAT THEY ARE DOING IS ILLEGAL AND TO PLACE GRIEVANCE SLIPS ON THE BLOCK WITH THE BLOCK OFFICER WHERE THE REQUEST SLIPS ARE, OR IT COULD BE CONTINUED AS IF THEY AIN'T HAVE A VIABLE PROCEDURE WHICH INMATES HAVE NO MEANS TO REDRESS A

wrong of grievance issues within this institution...

3.) To authorize these authorities to charge .10¢ per copy and their .25¢ per copy is extreme on inmates who are fighting for their freedom... or, petitioners need to forward to this court for copies matters @ .10¢ per and will be cheaper to send letters, motions briefs to this court @ .10¢ per page which will save petitioners a lot of money.. (see page 5 of M.C.C.F. Inmate Handbook..

RELIEF SOUGHT

To have authorities cease, by way of order of this court, to instruct that the most they can charge is .10¢ per copy and the current .25¢ per page is extreme and excessive and unconstitutional... Due to inmates financial situations, writing motions, briefs by hand and the account of this institution benefitting on us, stocks the conscience, this court should not overlook this matter...

4. This institution also has a practice and utterly state on page 10 of M.C.C.F. Handbook they state in part: "Copies cannot be made of Law Books..."

RELIEF SOUGHT

To have the authorities to stop this illegal practice and by order of this court instruct Warden Handle (Miss Patty) etc. that they must make copies of Law materials,

INCLUDING BOOKS IF REQUEST OF LEGAL WORK FROM A CERTAIN BOOK IS REQUESTED. THAT THIS PRACTICE IS UNCONSTITUTIONAL AND ILLEGAL AND AMOUNTS TO A DENIAL OF ACCESS TO THE COURT.

5.) SGT. ARMAND OF M.C.C.F. STATED "THEY ONLY WANT US ON THE COMPUTER FOR 5 MINUTES (WHICH IS THE LAW LIBRARY THAT IS INSUFFICIENT OR ALWAYS DOWN) CAUSE THEY DON'T WANT US TO LEARN ANYTHING ALL THERE IS A COMPUTER WITH NEXIS-LEXIS ON IT, WE CANNOT SIT IN A CHAIR TO RESEARCH AND MUST DO SO STANDING UP (CAUSING EXTREME UNCOMFORTABILITY) BUT TO BE DENIED THE CHANCE TO PRINT CASE LAW, STATUTORY PROVISIONS IN SUPPORT OF MOTIONS FILED, AND THERE IS NO TYPING MECHANISM FOR US TO TYPE/PRINT BRIEFS ETC. AND WE HAVE TO DO ALL BY HAND IS A DENIAL OF ACCESS TO THE COURT.

## RELIEF SOUGHT

FOR THESE AUTHORITIES TO PUT PRINTERS WITH THE DESKTOP SO INMATES CAN MAKE COPIES OF LEGAL WORK, TO SELL PACKS OF TYPING PAPER ON COMMISSARY OR HAVE WITH THE C.O. ON THE BLOCK TYPING PAPER/BY REQUEST TO TAKE OF INMATES ACCOUNTS @ .10¢ PER PAGE BY WAY OF ORDER OF THIS COURT. TO ALSO ORDER THAT WORD PROCESSOR BE ADDED TO THE COMPUTER SO INMATES CAN TYPE LEGAL LETTERS, BRIEFS, MOTIONS, ETC. INSTEAD OF WRITING ALL BY HAND AS PETITIONER AFFORDS IS DOING IN THAT TYPED MATERIAL WILL BE MORE LEGIBLE TO THE COURT AS WELL. THAT THIS INSUFFICIENT LIBRARY IS UNCONSTITUTIONAL WHICH IS A DENIAL OF ACCESS TO THE COURT, AND IS ALSO A DENIAL OF LEGAL ASSISTANCE CITING BOUNDS

COURTS... THESE PRISON OFFICIALS ARE NOT ASSISTING INMATES IN PREPARING AND FILING LEGAL PAPERS, WITH ITS INADEQUATE LAW LIBRARY AND NO ONE HERE IS TRAINED IN LAW... AND PETITIONERS CAN SATISFY LEWIS COURT IN ORDER TO ENFORCE AN ADEQUATE LAW LIBRARY, AND SUFFER INJURY BECAUSE ITS FRUSTRATING AND IMPED AND KEEPING INMATES CONFINED LONG THAN NEED BE PURSUING NON-FRIVOLOUS CLAIMS, ITS AS IF THERE IS NO LIBRARY AT ALL BECAUSE THE COMPUTER IS ALWAYS DOWN... A LAW LIBRARY MUST BE ADEQUATE CITING BOUNDS... WE ARE DENIED SUFFICIENT ACCESS, ARE ARBITRARY DENIED COPIES OF LEGAL WORK THIS COURT SHOULD INTERVENE..

6) THIS FACILITY HAS A PRACTICE OF NOT MAILING LEGAL MAIL OUT IF INMATES DON'T HAVE CURRENCY OR INDIGENT...

## RELIEF SOUGHT

To order these authorities to mail all legal mail out even if inmates don't have the currency. Furthermore, that a $9¢ setup is not enough if inmates' legal mail is lengthy or has a lot of pages. This jail will not mail it, so jail needs to be ordered to mail all legal mail out regardless of weight.

7) To add Miss Patty, Sgt. Admore to this civic complaint as defendants. Petitioner does not seek monetary matters, but, more of help from this court to fix these unconstitutional issues. Please help/intervene, to stop denying us our constitutional rights.

By: [signature]
8.20.20

CRAIG ACKERS #Q411066
M.C.C.F.
4250 MANOR DRIVE
STROUDSBURG, PA 18360

RECEIVED
SCRANTON
AUG 24 2020
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT
MIDDLE DISTRICT OF PA
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148

RECEIVED
SCRANTON
AUG 24 2020
PER _____
DEPUTY CLERK

18501-114848

LEHIGH VALLEY PA 180
21 AUG 2020 PM 3 L

USA FOREVER