FILED SCRANTON
AUG 27 2020
PER ___ DEPUTY CLERK

1:20CV1427

## SUPPLEMENTAL

ADD LEAH BAYLOR AS A DEFENDANT.

FOR 4 DAYS LEAH BAYLOR - DIRECTOR OF TREATMENT (MONROE COUNTY JAIL - PA) CALLED ME TO AN OFFICE @ APPROX. 1:30 - 2PM GOVERNING MY LEGAL MATERIAL I SUBMITTED FOR COPIES, INCLUDING MY NOTICE SUMMONS PROVIDED BY THIS COURT (WAIVER FORMS)... I INSTRUCTED HER THAT (1st) THERE IS NO CONFIDENTIALITY WITH MY LEGAL MATERIAL DUE TO THERE BEING (2nd) NO PLACE TO TYPE UP MOTIONS, AND, NO PRINTER BEING ON THE BLOCK CONNECTED TO THE LEXIS-NEXIS... AND SHE HAS READ CONFIDENTIAL LEGAL WORKS AND THAT IS UNCONSTITUTIONAL...

of unjust person (because of my indigency), and then she states because of my paperwork going in this or that person hands blatantly violating confidentiality and she literally will deny me access to the court violating my constitutional rights... she told me no more copies will be made

### REMEDY

For this institution to put practices on the block with the Nexis-Lexis so we can copy case law, relevant statutes... to stop denying us access to the court and to make copies for indigent inmates, to stop taking and holding on to confidential legal mail... to add Ms Bay(?) as a defendant

By Craig Apgar
8.24.c

CRAIG ALFORD #9411066
M.C.C.F.
4250 Manor Drive
Stroudsburg, PA 18360

Monroe County Correctional Facility
250 Manor Drive
Stroudsburg, PA 18360

Office of the Clerk
United States District Court
Middle District of PA
235 N. Washington Avenue
Po-Box 1148
Scranton, PA 18501-1148

LEHIGH VALLEY PA 180
25 AUG 2020 PM 3 L

RECEIVED
SCRANTON
AUG 27 2020
_____
DEPUTY CLERK

18501-114848