IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT

IN RE: ALFORD v. HAIDLE, et al. #1427    1:20CV1427
ALFORD v. PENCHISHEN, #1922

1:20CV1922

FILED SCRANTON DEC 21 2020 PER DEPUTY CLERK

## MOTION FOR ACCESS TO LAW LIBRARY

TO THE HONORABLE, JUDGES OF SAID COURT:

AND NOW, COMES PETITIONER, WHO SEEKS AN "ORDER" FOR NORTHAMPTON COUNTY JAIL AND THE LAW LIBRARIAN TO GIVE ME ACCESS TO THE LAW LIBRARY, AND DENIAL OF SUCH UPSETS THE CONSTITUTION, AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1.) SINCE BEING ON LOCK DOWN, I'M GIVEN MINIMUM TO NO ACCESS TO NEXIS LEXIS (WHICH IS ALL THEY HAVE) TO RESEARCH LAW...

2.) DUE TO COVID-19 WE GET 30/45 MINUTES OUT-TIME TO SHOWER, CLEAN CELL, SHAVE, AND TO CALL LOVED ONES AND MAYBE 9/10 MINUTES OF LAW LIBRARY OR YOU HAVE TO DROP THE ABOVE...

3.) PETITIONER SEEKS AN ORDER (BY WAY OF PRELIMINARY INJUNCTION) TO HAVE ACCESS TO EITHER LEGAL BOOKS, THE TABLET, OR COMPUTER TO RESEARCH LAW IN THE AM/PM, ESPECIALLY, WHEN THERE'S NO COPY MACHINE, WORD PROCESSOR, OR TYPEWRITER OR CARBON PAPER AND HAVE TO WRITE ALL BY HAND AND HAS THIS ILLEGAL PRACTICE OF NOT MAKING COPIES AT ALL...

WHEREFORE, I PRAY, THIS COURT GRANT ME AN ORDER AND INSTRUCT THESE AUTHORITIES TO GIVE ME ACCESS TO THE LAW LIBRARY (DUE TO MY LITIGATES IN COURT) — OUTSIDE OF MY OUT-TIMES TO SATISFY CONSTITUTIONAL REQUIREMENTS OR DENY ACCESS TO COURT, IMPEDE OR INTERFERE WITH PROCESS

By: Craig Alford   Craig Alford   12.8.20

## PROOF OF SERVICE

I HEREBY CERTIFY THAT I HAVE ON THIS DAY SERVED A COPY OF THE FOLLOWING AND IN THE MANNER INDICATED BELOW TO SATISFY THE RULES OF COURT:

SERVICE BY 1ST CLASS MAIL, POSTAGE PREPAID TO:

WARDEN DAVID PENCHISHEN
NCP
6666 WALNUT ST.
EASTON, PA 18042

## CERTIFICATION

I, DECLARE UNDER THE PENALTY OF PERJURY, THAT, THE INFORMATION HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR BELIEFS...

By: Craig Alford
Craig Alford
12-8-20

## ORDER

AND NOW, THIS ____ DAY OF _____, 2020 UPON CONSIDERATION OF PETITIONERS MOTION FOR Law LIBRARY TIME IS "GRANTED", IT IS ORDERED THAT NORTHAMPTON COUNTY AUTHORITIES ALLOW PETITIONER ALFORD 30 MINUTES OF Law LIBRARY IN THE AM AND 30 MINUTES OF Law LIBRARY IN THE PM OR SUBMIT A TABLET AVAILABLE TO HIM TO DO HIS LEGAL RESEARCH TO SATISFY CONSTITUTIONAL REQUIREMENTS IN HIS FILINGS TO THE COURT

_____ J.

CRAIG AUORD #33335
COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

LEGAL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148

RECEIVED SCRANTON
DEC 21 2020
PER dlo
DEPUTY CLERK

neopost 12/09/2020
US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 18042
041L12205006

**INMATE MAIL.** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.