IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PA

20 CV-1427

IN RE: ALFORD v. HAIDLE, et al. #1427

Hon. JOHN E JONES III — PRESIDING

**FILED**
**SCRANTON**

JAN 1 2 2021

MOTION FOR LEAVE TO TAKE THE ORAL

DEPOSITION OF PRISONER

PER _____

DEPUTY CLERK

PLAINTIFF CRAIG ALFORD, MOVES THIS COURT
PURSUANT TO PAR C.P. 4007.2(d) FOR LEAVE TO TAKE
THE DEPOSITION OF JUSTINE COOTS, HOWARD
WOLFE, MIGUEL ROSARIO, WILSON CISNEROS AT
MONROE COUNTY CORRECTIONAL FACILITY, STROUDSBURG, PA.
AND IN SUPPORT THEREOF:

1) THE PRISONERS ARE CONFINED AT M.C.C.F., AND
LUIS MEDINA IS AT LIBERTY.

2) COOTS, WOLFE, ROSARIO, CISNEROS HAS KNOWLEDGE OF
FACTS WHICH ARE RELEVANT AND MATERIAL TO THIS
ACTION AND IS EXPECTED TO BE A WITNESS AT TRIAL.

3) PRISONERS ABOVE TESTIMONY IS NECESSARY TO ALFORD
IN PREPARING FOR TRIAL, AS MORE PARTICULAR
APPEARS FROM THE AFFIDAVIT ATTACHED AS EXHIBIT A.

4) PLAINTIFF HAS NOTIFIED THE DEPOSITION OF PRISONER
AND DESIGNATED ON 1.6.21 AT MCCF
AND DESIRE AUTHORITY TO PROCEED WITH THE
DEPOSITION

WHEREFORE, I RESPECTFULLY MOVES THIS COURT FOR
LEAVE TO TAKE THE ORAL DEPOSITION OF COOTS, WOLFE,
ROSARIO, CISNEROS — PRISONERS

By: Craig Alford
Craig Alford

DATED: 1.5.21

ORDER

AND NOW, THIS ____ DAY of _____,
2021 UPON PLAINTIFF MOTION TO ORAL DEPOSITION
PRISONERS IS GRANTED

J

CRAIG ALFORD #94110060
M.C.C.F.
420 Mulberry Drive
Stroudsburg, PA 18360

IN RE: ALFORD #1427

LEGAL
MAIL

RECEIVED
SCRANTON
JAN 13 2021
PER ____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT PA
235 WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148