IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA

IN RE: ALFORD v. HAIDLE, et al. #1427          20-CV-1427

BRIEF IN SUPPORT OF LEAVE
TO ORAL DEPOSITION PRISONERS +
PETITION FOR APPOINTMENT +
PAYMENT OF REASONABLE EXPENSES

FILED
SCRANTON
JAN 12 2021
PER ____ DEPUTY CLERK

TO THE HONORABLE JUDGES OF SAID COURT:

1.) PLAINTIFF FILED A 1983 CIVIL COMPLAINT AGAINST DEFENDANTS FOR VIOLATION OF 1st AND 8th AMENDMENTS OF THE U.S. CONSTITUTION.

2.) THIS COURT AUTHORIZED PLAINTIFF TO AMEND, WHICH HE DID, AND THE THIS COURT WROTE A SCHEDULING ORDER - (DISCOVERY)

3.) PLAINTIFF SEEKS TO ORAL DEPOSITION PRISONERS AS WITNESSES AND WHO ARE ALSO AFFECTED BY THESE CLAIMS WE CAN PROVE. PRISONERS TESTIMONY IS RELEVANT TO THE ABOVE CAPTION CASE.

4.) PLAINTIFF ALSO SEEKS APPOINTMENT OF A VIDEO AND STENOGRAPHER AND SOMEONE TO ADMINISTER OATH AND TAKE TESTIMONY OF DEFENDANTS BY WAY OF RECORDINGS... AND FOR THIS, AS INDIGENT, PLAINTIFF SEEK FEES INCLUDING ATTORNEY FEES TO F.R. Civ. P. §4008 AND §4015(a) SO A STENOGRAPHER SOMEONE TO TAKE VIDEO TESTIMONY AND ADMINISTER OATH IN THE ABOVE CAPTION CASE.

Wherefore, this court should grant leave to deposition prisoners and appoint stenographer/ videographer, and oath administer and order payment of reasonable expenses.

1-5-21

RESPECTFULLY SUBMITTED
Craig Alford
Craig Alford

1.

ERIC ALFORD #94110606
M.C.C.F.
4250 MANOR DRIVE
STROUDSBURG, PA 18360

RE: ALFORD #1427

RECEIVED SCRANTON
JAN 13 2021
PER [signature] DEPUTY CLERK

LEGAL MAIL

Office of the Clerk
United States District Court
Middle District PA
235 Washington Ave.
P.O. Box 1148
Scranton, PA 18501-1148