IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
1:20CV
IN RE ALFORD v. HAIDLE, et al. #1427

MOTION FOR EXTENSION TO PAY $402.00

FILED SCRANTON JAN 29 2021 PER /s/ AMO DEPUTY CLERK

TO THE HONORABLE JUDGES OF SAID COURT:

AND NOW, COMES CRAIG ALFORD, WHO RESPECTFULLY ASK THIS COURT FOR (3) MONTH EXTENSION TO PAY $402.00 AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1) THIS COURT BY WAY OF 'ORDER' REVOKED PLAINTIFF IFP STATUS ON 1.20.21

2) PLAINTIFF WOULD LIKE 90 DAYS (3 MONTHS) TO PAY THE FULL FEES DUE TO IT WILL TAKE THIS MUCH TIME TO SAVE $135 PER MONTH ($405.00 TOTAL) BY SAVING IT, BUT IS SEEKING HELP FROM HIS ATTORNEY ANDREW PARK, P.C. (NY, NY) AND FAMILY TO PAY THE FULL FILING FEES AND ALSO DUE TO MY INDIGENT STATUS. PLAINTIFF WANTS TO PURSUE THESE CLAIMS

3) THIS EXTENSION WILL NOT HARM THE DEFENDANTS AND IS REASONABLE UNDER THESE UNIQUE CIRCUMSTANCES AS PLAINTIFF IS ALSO SEEKING NOMINAL BAIL ON 1.28 OF

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT A 90 DAY EXTENSION FOR FEES TOTALING $402.00 ON MAY 2, 2021... TO BE PAID.

RESPECTFULLY SUBMITTED,
*Craig Alford*
Craig Alford
1.23.21

PROOF OF SERVICE

I hereby certify that I have on this day served a copy of the following and in the manner indicated below to satisfy the rules of the court:

Service by 1st class mail, postage prepaid to:

GERARD GEIGER, ESQ.
712 Monroe St.
Stroudsburg, PA 18360


CERTIFICATION

I DECLARE, under the penalty of perjury that the information herein is true and correct to the best of my knowledge and beliefs

By: Craig Wood
Craig Wood
1-23-21

CRAIG ALFORD #94406
M.C.C.F.
4250 MANOR DRIVE
MONROE COUNTY CORRECTIONAL FACILITY 18360
4250 MANOR DRIVE
STROUDSBURG, PA 18360

LEHIGH VALLEY PA 180
27 JAN 2021 PM 3 L

RECEIVED
SCRANTON
JAN 29 2021
_____
DEPUTY CLERK

CLERK OF COURTS
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148

18501-114848