IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALFORD, | : | |
| Plaintiff, | : | 1:20-cv-1427 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN GARRY HODLE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**May 7 , 2021**

NOW THEREFORE, upon consideration of Plaintiff's motion (Doc. 75) to stay this matter based on the filing of an appeal to the United States Court of Appeals for the Third Circuit (Docs. 71, 74), it is hereby ORDERED that the motion is GRANTED. This matter is STAYED pending disposition of Plaintiff's appeal.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania